**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**SHARON DELANEY**                                                                                       **PLAINTIFF**

V.                                       **CASE NO. 3:06CV00214 BD**

**MICHAEL J. ASTRUE,**
**Commissioner,**
**Social Security Administration**                                                                **DEFENDANT**

**JUDGMENT**

In accordance with the Memorandum Opinion and Order entered in this case, Judgment is hereby rendered in favor of Michael J. Astrue, Commissioner, Social Security Administration, and against Plaintiff Sharon Delaney.

DATED this 27th day of March, 2008.

_____
UNITED STATES MAGISTRATE JUDGE